06 - 65 - M - 01

# United States District Court
## District of Maryland

UNITED STATES OF AMERICA

v.

Larry Stoddard

WARRANT FOR ARREST
(UNDER SEAL)

Case No. PJM 02-0211

FILED
FEB 1 7 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

TO:  The United States Marshal and any Authorized United States Officer



YOU ARE HEREBY COMMANDED to arrest Larry Stoddard and bring him/her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☒ Order of Court  ☒ Violation Notice  ☐ Probation Violation Petition

charging him/her with *(brief description of offense)*

ALLEGED VIOLATIONS OF PROBATION OR TERM OF SUPERVISED RELEASE

(SEE ATTACHED)

in violation of Title United States Code, Section(s)

| Felicia C. Cannon | Clerk, United States District Court |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| *(signature)* (By) Deputy Clerk | June 1, 2005     Greenbelt, Maryland |
| | Date and Location |

Bail fixed at $ No Recommendation

by  Peter J. Messitte, United States District Judge
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at  D.C. District Court
three, 333 Constitution Ave NW  3rd

| Date Received 2/17/06 | Name and Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest 2/17/06 | Gary W Duncan | *(signature)* |

U.S. DISTRICT COURT (Rev. 12/98)