*Forthwith*

AO 94 (Rev. 8/85) Commitment to Another District

# United States District Court

_for the_ DISTRICT OF _Columbia_

FILED
FEB 17 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA
V.

_Larry Stoddard_

**COMMITMENT TO ANOTHER DISTRICT**

CASE NUMBER: _06-0651M-01_

The defendant is charged with a violation of _____ U.S.C. _____ alleged to have been committed in the _____ District of _Maryland, Greenbelt_

Brief Description of Charge(s):

_Violation of Supervised Release_

The defendant has been unable to obtain release under the Bail Reform Act of 1984, 18 U.S.C. §§3141-3143.

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant, all proceedings required by Fed. R. Crim. P. 40 having been completed.

_February 17, 2006_
Date

_[signature]_
Judicial Officer

| RETURN | | |
|---|---|---|
| This commitment was received and executed as follows: | | |
| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |

(N)