**United States District Court**
**For the District of Columbia**
**333 Constitution Avenue, NW**
**Washington, D.C. 20001**
Date: 2/22/06

Nancy Mayer-Whittington
Clerk of the Court

FILED _____ ENTERED
LODGED _____ RECEIVED

FEB 2 3 2006

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY_____ DEPUTY

Address of Other Court:   UNITED STATES COURTHOUSE
Second Floor
6500 Cherrywood Lane
Greenbelt, Maryland   20770

FILED

MAR 0 2 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RE: 06MG65 Larry Stoddard

Dear Clerk of the Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant:

X   Docket Sheet                              Warrant of Removal

X   Warrant/Viol                              Order of Removal

    Minute Order Appointing Counsel       X   Detention Order

    Corporate Surety Bond                 X   Waiver of Removal

    Personal Surety Bond

X   Other-Blotter dated 2/17/06

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

Nancy Mayer-Whittington,
Clerk of the Court

By: _____
Deputy Clerk